UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE R. ZAZUETA, | ) Case No. CV 08-2199 JC |
| Plaintiff, | ) |
|  | ) JUDGMENT |
| v. | ) |
|  | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: August 20, 2009

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE